|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| CLE-ESTHER PHILON, | |
|---|---|
| Plaintiff, | Civil No. 3:06-cv-5537-RBL-KLS |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further address Plaintiff's impairments, including her peripheral neuropathy, degenerative changes of the knee, and anemia; the ALJ will evaluate the opinion of medical expert Robert Bain, M.D., regarding possible side

Page 1     ORDER- [3:06-cv-5537-RBL-KLS]

effects, including fatigue, of medication (Tr. 369); the ALJ will address Plaintiff's subjective complaints and the statement of Plaintiff's sister, Peggy D. McClean (Tr. 112), under Social Security Ruling 96-7p and Social Security Ruling 06-3p; if necessary, the ALJ will obtain medical expert testimony and obtain an updated consultative examination; the ALJ will reassess Plaintiff's residual functional capacity; and the ALJ will further consider whether Plaintiff can perform her past relevant work and, if warranted by the expanded record, obtain supplemental vocational expert testimony if the sequential evaluation proceeds to step five.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 6th day of April, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

 s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

 s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2113
Fax:     206-615-2531

1  daphne.banay@ssa.gov