# United States District Court

WESTERN DISTRICT OF WASHINGTON

CLE-ESTHER PHILON,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5537RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.G. & 405(g).

April 10, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk