1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. DISTRICT JUDGE RONALD B. LEIGHTON
U.S. DISTRICT MAGISTRATE KAREN STROMBOM

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

CLE-ESTER PHILON,

                        Plaintiff,

        vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.

No.: 3:06-CV-5537-RBL-KLS

Stipulation and Agreed Order
 On EAJA Fees & Costs

It is hereby stipulated and agreed by the undersigned attorneys for the parties that the

EAJA attorneys fees in the amount of $ 4,356.00 should be awarded in the above case for court

work.  (See attached  Declaration of Patricia Skrinar and time slips)

        /

**STIPULATION AND AGREE ORDER FOR
EAJA FEES & COSTS- 1**

**Skrinar Law Offices**
524 Tacoma Avenue South
Tacoma, Washington 98402
Phone (253) 383-0708
Fax (253) 383-3673

1

2
DATED this 16TH day of APRIL, 2007.

3
SKRINAR LAW OFFICES                    JOHN McKAY
                                       United States Attorney
4

5
/s/_____           /s/ Agreed Telephonically
6
PATRICIA PADILLA SKRINAR               DAPHNE BANAY, 21537
WSBA NO. 13772                         Special Assistant U.S. Attorney
7
Attorney for Plaintiff                 Social Security Administration
                                       Attorneys for the Defendant
8

9
**AGREED ORDER ON EAJA FEES & COSTS**
10

11
    Based on the Stipulation of the Parties agreeing to the award of EAJA fees, the Court

12
hereby awards fees in the amount of $ 4,356.00 to the Plaintiff.

13
    SO ORDERED this 17th day of APRIL, 2007.

14

15

16
_____
RONALD B. LEIGHTON
17
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28
**STIPULATION AND ORDER FOR ON**          **Skrinar Law Offices**
**EAJA FEES AND COSTS - 2**               524 Tacoma Avenue South
                                          Tacoma, Washington 98402
                                          Phone (253) 383-0708
                                          Fax (253) 383-3673