# United States District Court

WESTERN DISTRICT OF WASHINGTON

CLE-ESTER PHILON

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5537RBL-KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Based on the Stipulation of the Parties agreeing to the award of EAJA fees, the Court hereby awards fees in the amount of $4356.00 to the Plaintiff.

    April 18, 2007                                                       BRUCE RIFKIN
                                                                                        Clerk

                                                                                       /s/ Pat LeFrois
                                                                                       Deputy Clerk