U.S. DISTRICT JUDGE RONALD B. LEIGHTON
U.S. DISTRICT MAGISTRATE KAREN STROMBOM

06-CV-05537-ORD

FILED _____ LODGED
_____ RECEIVED

APR 20 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

CLE-ESTER PHILON,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No.: 3:06-CV-5537-RBL-KLS

Stipulation and Agreed Order
For Motion to Alter or Amend Judgment
Pursuant to FRCP 59 (e)

It is hereby stipulated and agreed by the undersigned attorneys for the parties that they jointly move the Court pursuant to FRCP 59 (e) to vacate its judgment entered on April 18, 2007 and Order entered on April 17, 2007 for EAJA attorneys fees in the amount of $ 4,356.00 and revise the Judgment and Order awarding EAJA attorney fees in the amount of $4,068.00 for the following reasons contained in the attached Memorandum in Support of Joint Motion to Alter or

**STIPULATION AND AGREED ORDER FOR**
**MOT TO ALTER OR AMEND JUDGMENT**
**PURSUANT TO FRCP 59 (e) - 1**

Skrinar Law Offices
524 Tacoma Avenue South
Tacoma, Washington 98402
Phone (253) 383-0708
Fax (253) 383-3673

Amend Judgment. (Memo attached hereto).

DATED this 19TH day of APRIL, 2007.

| SKRINAR LAW OFFICES | JOHN McKAY |
| --- | --- |
| | United States Attorney |
| /s/_____ | /s/ Agreed Telephonically |
| PATRICIA PADILLA SKRINAR | DAPHNE BANAY, 21537 |
| WSBA NO. 13772 | Special Assistant U.S. Attorney |
| Attorney for Plaintiff | Social Security Administration |
| | Attorneys for the Defendant |

### AGREED ORDER ON EAJA FEES & COSTS

Based on the Stipulation of the Parties agreeing to the award of EAJA fees, the Court hereby awards fees in the amount of $ 4,068.00 to the Plaintiff.

SO ORDERED this 20th day of APRIL, 2007.

_____
U.S. DISTRICT JUDGE LEIGHTON

### CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s):

Daphne Banay, daphne.banay@ssa.gov
Special Assistant US Attorney
Office of General Counsel
701 5th Ave. Ste. 2900, MA/901
Seattle, WA 98104-7075
(206) 615-2531

s/_____
Patricia Padilla Skrinar
Attorney for Plaintiff

STIPULATION AND AGREED ORDER FOR
MOT TO ALTER OR AMEND JUDGMENT
PURSUANT TO FRCP 59 (e) - 2

**Skrinar Law Offices**
524 Tacoma Avenue South
Tacoma, Washington 98402
Phone (253) 383-0708
Fax (253) 383-3673